UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 25-cr-20791
Hon. Matthew F. Leitman

v.

DION JEROME BLUNT,

    Defendant.
_____/

## ORDER RELEASING DEFENDANT FROM CUSTODY

**IT IS HEREBY ORDERED** that Defendant Dion Jerome Blunt shall be released from custody at this time. **IT IS FURTHER ORDERED** that he shall report as directed by his supervising probation officer and shall comply with all conditions of supervised release, including those added on the record during the hearing in this case held on November 6, 2025. (The conditions that were added on the record on November 6, 2025, will be memorialized in an additional order to be entered by the Court.)

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 6, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 6, 2025, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan  
                                                Case Manager  
                                                (313) 234-5126