MIE 1A  
Revised 08\18

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
для the  
Eastern District of Michigan

UNITED STATES OF AMERICA

    v.

BLUNT, Dion Jerome          Crim. No.: 25CR20791-01

On 10/22/2025 the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervision. The issues of the violations were heard in Court on 11/06/2025, and the Court made the following findings:

__X__ Guilty of violating conditions of supervision as alleged in Counts 1 & 2. The Court ordered that BLUNT be continued on Supervised Release with all original conditions, and that Supervised Release be extended six months from the current supervision termination date. Restitution remains in full effect.

Respectfully submitted,

s/David Smith  
David Smith  
Senior United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 13th Day of November, 2025.

s/Matthew F. Leitman  
Honorable Matthew F. Leitman  
United States District Judge